IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 8 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. '08 - CV - 00636 *Bnb*

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CLOVIS CARL GREEN, JR.,

Plaintiff,

v.

ARISTEDES ZAVARAS,

Defendant.

___

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DISMISSING THE ACTION

___

Plaintiff, Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Fort Lyon, Colorado, correctional facility. Mr. Green has submitted to the Court *pro se* a letter to the clerk of the Court and a motion titled "Motion for Court Order to Declare That the Prison Litigation Reform Act Violates the First, Fifth, Eighth, and Fourteenth Amendments to the United States Constitution." For the reasons stated below, the action will be dismissed.

Mr. Green has been permanently enjoined from filing any *pro se* civil complaints in this Court without first obtaining leave of court to proceed *pro se*. *See* Modified Appendix B in *Green v. Price*, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he

seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order. He has failed to submit, as required by Modified Appendix B, a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action," an affidavit in proper legal form, and a complaint listing the claim or claims he seeks to file in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff, Clovis Carl Green, Jr., has failed to comply with the order enjoining him from filing *pro se* actions. It is

FURTHER ORDERED that the motion titled "Motion for Court Order to Declare That the Prison Litigation Reform Act Violates the First, Fifth, Eighth, and Fourteenth Amendments to the United States Constitution" is denied as moot. It is

FURTHER ORDERED that Mr. Green's request in the letter to the clerk of the Court for an additional copy of the order denying him leave to proceed *in forma pauperis* in *Green v. Zavaras*, No. 08-cv-00396-ZLW (D. Colo. Feb. 26, 2008), is DENIED. Mr. Green may obtain copies of the electronic documents in that action at a cost of fifty cents per page, to be paid in advance.

DATED at Denver, Colorado, this _27_ day of _March_____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '08 - CV - 00636

Clovis Carl Green
Prisoner No. 69277
Fort Lyon Correctional Facility
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _3/28/08_

GREGORY C. LANGHAM, CLERK

By:_____
            Deputy Clerk